United States Bankruptcy Court

Northern District of Florida

| | |
|---|---|
| In re: | Case No. 23-50131-KKS |
| Rusell David Kinslow | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 01, 2023 | Form ID: b309a | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rusell David Kinslow, 2929 Fairmont Dr, Panama City, FL 32405-4348 |
| tr | + | Karin A. Garvin, 1801 W. Garden Street, Pensacola, FL 32502-4417 |
| 2512245 | + | ADVANCED UROLOGY INSTITUTE, 500 W 11TH ST, PANAMA CITY, FL 32401-6304 |
| 2512254 | | ESCAMBIA COUNTY HOUSING FINANCE AUTHORIT, 770 SOUTH PALAFOX ST, PENSACOLA, FL 32502 |
| 2512258 | + | QUEST DIAGNOSTICS, PO BOX 74781, CINCINNATI, OH 45274-0001 |
| 2512263 | | US DEPARTMENT OF EDUCATION, ATTN: BANKRUPTCY, P.O. BOX 7680, MADISON, WI 53707 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: landj@lewisandjurnovoy.com | Sep 02 2023 01:28:00 | Steven D. Jurnovoy, Lewis & Jurnovoy, P.A., 1100 North Palafox Street, Pensacola, FL 32501 |
| smg | | EDI: FLDEPREV.COM | Sep 02 2023 04:03:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: FLDEPREV.COM | Sep 02 2023 04:03:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Sep 02 2023 01:28:00 | U.S. Attorney (Tallahassee Office), 111 N. Adams Street, Fourth Floor, Tallahassee, FL 32301 |
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Sep 02 2023 01:28:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |
| 2512247 | | EDI: BANKAMER.COM | Sep 02 2023 04:03:00 | BANK OF AMERICA, 4060 OGLETOWN/STANTON RD, NEWARK, DE 19713 |
| 2512246 | + | EDI: BANKAMER.COM | Sep 02 2023 04:03:00 | BANK OF AMERICA, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 982238, EL PASO, TX 79998-2238 |
| 2512248 | + | EDI: CAPITALONE.COM | Sep 02 2023 04:03:00 | CAPITAL ONE, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 2512249 | + | EDI: CAPITALONE.COM | Sep 02 2023 04:03:00 | CAPITAL ONE, P.O. BOX 60519, CITY OF INDUSTRY, CA 91716-0519 |
| 2512250 | + | EDI: CITICORP.COM | Sep 02 2023 04:03:00 | CBNA/HOME DEPOT, ONE COVET SQUARE, LONG ISLAND CITY, NY 11120-0001 |
| 2512251 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 02 2023 01:28:00 | CHEX SYSTEMS, ATTN: CUSTOMERS RELATIONS, 7805 HUDSON RD., STE 100, SAINT PAUL, MN 55125-1703 |
| 2512252 | + | EDI: CCS.COM | Sep 02 2023 04:03:00 | CREDIT COLLECTION SERVICE, 725 CANTON ST, NORWOOD, MA 02062-2679 |
| 2512253 | | Email/Text: bankruptcycourts@equifax.com | | |

| District/off: 1129-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: b309a | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 02 2023 01:28:00 | EQUIFAX (DISPUTES), PO BOX 740256, ATLANTA, GA 30374 |
| 2512255 | | ^ MEBN | | |
| | | | Sep 01 2023 23:56:27 | EXPERIAN, 475 ANTON RD, COSTA MESA, CA 92626-7037 |
| 2512256 | | Email/Text: gordie@i-bankonline.com | | |
| | | | Sep 02 2023 01:28:00 | INDEPENDENT BANK, 5050 POPLAR AVE, MEMPHIS, TN 38157 |
| 2512257 | | + EDI: LENDNGCLUB | | |
| | | | Sep 02 2023 04:03:00 | LENDING CLUB, 595 MARKET ST. #200, SAN FRANCISCO, CA 94105-2802 |
| 2512259 | | ^ MEBN | | |
| | | | Sep 01 2023 23:56:29 | TRANSUNION (DISPUTES), P.O. BOX 900, WOODLYN, PA 19094-0900 |
| 2512260 | | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Sep 02 2023 01:28:00 | TRANSWORLD SYSTEMS, PO BOX 15520, WILMINGTON, DE 19850-5520 |
| 2512262 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | | |
| | | | Sep 02 2023 01:28:00 | US BANK, P.O. BOX 21948, EAGAN, MN 55121 |
| 2512261 | | EDI: USBANKARS.COM | | |
| | | | Sep 02 2023 04:03:00 | US BANK, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 5229, CINCINNATI, OH 45201 |
| 2512264 | | + EDI: MAXMSAIDV | | |
| | | | Sep 02 2023 04:03:00 | US DEPARTMENT OF EDUCATION, 1891 METRO CENTER, RESTON, VA 20190-5287 |
| 2512265 | | + Email/Text: BhamBankruptcy@sba.gov | | |
| | | | Sep 02 2023 01:28:00 | US SMALL BUSINESS ADMINISTRATION, 2 NORTH 20TH ST, UNIT #320, BIRMINGHAM, AL 35203-4002 |
| 2512267 | | + Email/Text: bankruptcynotices@sba.gov | | |
| | | | Sep 02 2023 01:28:00 | US SMALL BUSINESS ADMINISTRATION, PO BOX 3918, PORTLAND, OR 97208-3918 |
| 2512266 | | + Email/Text: bankruptcynotices@sba.gov | | |
| | | | Sep 02 2023 01:28:00 | US SMALL BUSINESS ADMINISTRATION, 409 THIRD ST SW, WASHINGTON, DC 20416-0005 |
| 2512268 | | + EDI: WFFC2 | | |
| | | | Sep 02 2023 04:03:00 | WELLS FARGO, PO BOX 1697, WINTERVILLE, NC 28590-1697 |
| 2512269 | | + EDI: WFFC2 | | |
| | | | Sep 02 2023 04:03:00 | WELLS FARGO AUTO, PO BOX 5265, SIOUX FALLS, SD 57117-5265 |
| 2512270 | | + EDI: WFFC2 | | |
| | | | Sep 02 2023 04:03:00 | WELLS FARGO VISA, PO BOX 10347, DES MOINES, IA 50306-0347 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Sep 03, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Rusell David Kinslow**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–9099<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Florida** | | Date case filed for chapter  **7   August 31, 2023** |
| Case number:   **23–50131–KKS** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully. To protect your rights, consult an attorney.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://pacer.uscourts.gov. Anyone can register for the Electronic Bankruptcy Noticing program at https://bankruptcynotices.uscourts.gov/ to quickly receive court-issued notices and orders by email. This program is FREE.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rusell David Kinslow | |
| 2. | **All other names used in the last 8 years** | aka Russell D Kinslow, aka Russell Kinslow | |
| 3. | **Address** | 2929 Fairmont Dr<br>Panama City, FL 32405 | |
| 4. | **Debtor's attorney**<br>Name and address | Steven D. Jurnovoy<br>Lewis & Jurnovoy, P.A.<br>1100 North Palafox Street<br>Pensacola, FL 32501 | Contact phone 850 / 432–9110<br><br>Email: landj@lewisandjurnovoy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Karin A. Garvin<br>1801 W. Garden Street<br>Pensacola, FL 32502 | Contact phone 850–437–5577<br><br>Email: trustee@kgarvinlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | 110 E. Park Ave., Ste. 100<br>Tallahassee, FL 32301 | Hours open 9:00am – 4:00pm<br><br>Contact phone (866) 639–4615<br><br>Date: August 31, 2023 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 6, 2023 at 09:20 AM, CT**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of Social Security Number required *** | Location:<br><br>**Meeting will be telephonic. Dial (877), 518–3229 and enter 2832468, when prompted for participation code.**<br><br>For Zoom meeting information go to <u>www.justice.gov/ust/moc</u>. |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br><br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:<br>December 5, 2023** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>https://pacer.uscourts.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |